**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

*AARON CORBIN MAZIE, Plaintiff,*
v.
*THE WALT DISNEY COMPANY, et al.,*
*Defendants*.

---

**Civil Action No.: [_____]**

**PLAINTIFF'S MOTIO PRO JUDGMENTEM SUMMARIUM**
*(Motion for Summary Judgment)*

---

## I. PARTES ET STATUS CORPORATUS

**Plaintiff**: *Starglitch*, pro se, persona cum *professione in schola journalistica graduata*, *artista et productore musicae elektronicae* litigans in causis federalibus maioribus.

**Defendant**: *The Walt Disney Company*, corporatione delawareana, principaliter officium habens **500 South Buena Vista Street, Burbank, California 91521** (principia oeconomica), et designavit

> **Registered Agent:** *Corporation Service Company*
> 2711 Centerville Road, Suite 400,
> Wilmington, Delaware 19808, USA, pro receiptu servitii actarum et processuum.

**Local Media Entity**: WPVI-TV (ABC6 Philadelphia, licentia ABC Owned Television Stations), studios sita in **4100 City Avenue, Philadelphia, PA 19131** (news operation, public broadcasting).

---

## II. JURISDICTION ET LEX APPLICANDA

1. Jurisdictio est hic legitima sub **28 U.S.C. § 1331** (causae quae oriuntur ex legibus constitutis et iuribus civitatis), inter *Plaintiff* et *Defendants* causa primae emendationis libertatis loquendi et tortorum connexorum.

2. Haec motio est proposita sub **Regula 56, Federal Rules of Civil Procedure**, qua iudicium summarium pronuntiari potest si non est controversia de facto materiali et movens est iuris iudicium debitus.

---

## III. FACTA NON DISPUTANDA (FACTA UT REI CERTESTIMIA)

### A. Ownership et Station Info

3. WPVI-TV est televisoriorum camera ABC6 Philadelphia, canalem 6, et pertinet ad ABC Owned Television Stations, quae sunt pars *The Walt Disney Company* (Disney) retis.

4. Defendant, Disney, ABC/ABC6 factum est omnino dominus et gubernator stationis WPVI-TV in mercatu Philadelphia, PA.

### B. Actus Allegati

5. *Plaintiff* affert se peractum esse impediendum accessum ad press credentials, vexationem a media team ABC6, et obstructionem legitimae operationis journalisticae.

6. Hae actiones, secundum allegationem *Plaintiff*, constituerint tortum et violationem iuris civilis et Constitutionis, praesertim libertatem loquendi et freedom of the press (First Amendment).

---

## IV. CAUSAE IURIS ET ELEMENTA

### Count I. Violatio Libertatis Loquendi et Press Accessus
7. *Plaintiff* ius sacrum possidet ad libertatem loquendi et accessum mediae (First Amendment).
8. Actus et omissiones Defendentes reliquerunt *Plaintiff* sine accessu pressus ad ipsa informationes, quod non est licitum sub iuribus fundamentalibus.

### Count II. Harassment et Tortum Intentum
9. Continua acta vexationis et impedimentum ad operationem journalisticam pendent in tortum, quod generavit damna reputationalia, professionalia, et oeconomica.

### Count III. Damna et Remedia
10. *Plaintiff* petit *damna compensatoria et punitiva*, cum relicta remedia iuridica ut restitutio reputationalis et injunctio.

## *V. ARGUMENTATIO LEGALIS*

### A. Regula 56 – Sine Controversia Factuali Materiali

11. Sub *Regula 56*, si partes non sunt controversiae materialis facti et movens partium est ius, *iudicium summarium* pronuntiari debet.

12. *Plaintiff* demonstravit factualia non disputanda (i.e., impedimenta repetita ad press accessum, vexatio vera, et relationes ab ABC6). Ubi res certa est, lex debet praevailere sine iudicio processui.

### B. Iura et Libertas Constitutionalis

13. Actus Defendentes ad impedimentum pressus et obex ad accessum notitiarum privant *Plaintiff* de libertate loquendi et mediae exprimendi. Haec iura sunt constitutionaliae sub prima emendatione.

### C. Tortorum Elementa

14. Actus vexationis, interference, obstructionis sunt tortus confirmabiles sub iuribus statutis et iuris communis Pennsylvania et iuris federalis.

---

## *VI. PETITIO – QUOD PETITUR A TRIBUNALI*

**Wherefore**, *Plaintiff* supplices petit ut **Honorable Court**:

A. **Pronuntiet Judgmentem Summarium** contra Defendentes in omnibus causis legum.
 B. **Concedat Damna Compensatoria et Punitiva** pro damnis reputationalibus, professionalibus, et oeconomicis affectis.
 C. **Injunctio** quod Defendentes desinant impedire press accessum et ire in rem publicam cum truthful reporting.
 D. **Alia Remedia Legalia et Iustae** quae hic Tribunal iustam iudicabit.

---

Respectfully submitted,